387 A.2d 924

Painter, et ux., et al. v. T.U.P. Cable Company, Inc., Appellant.

Argued November 22, 1977. William D. Boyle, for appellant; William C. Stillwagon, for appellees.

Order affirmed.

VAN der VOORT, J., believes that treble damages of $10,500.00 are unconscionable and would reduce them to double damages in the amount of $7,000.00.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

387 A.2d 925

Perry, Appellant, v. Jefferson Hospital.

Argued December 12, 1977. Benjamin Pomerantz, for appellant; John J. Leonard, with him A. Grant Sprecher, for appellee.

Judgment affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.